| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-11449-PMM**

Michael Christopher Handelong  
Jessica Marie Handelong  
495 Broad Street  
Pen Argyl  PA     18072  

Petition Filed Date: 03/06/2020  
341 Hearing Date: 04/28/2020  
Confirmation Date: 10/08/2020  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $170.00 | | 09/25/2023 | $170.00 | | 10/23/2023 | $170.00 | |
| 11/21/2023 | $170.00 | | 12/28/2023 | $170.00 | | 01/25/2024 | $170.00 | |
| 02/27/2024 | $170.00 | | 03/25/2024 | $170.00 | | 04/25/2024 | $170.00 | |
| 05/28/2024 | $170.00 | | 06/28/2024 | $170.00 | | 07/26/2024 | $170.00 | |

**Total Receipts for the Period:  $2,040.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,137.55 | $347.12 | $790.43 |
| 2 | SECOND ROUND SUB LLC<br>»» 002 | Unsecured Creditors | $1,906.38 | $598.41 | $1,307.97 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $433.00 | $124.50 | $308.50 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,034.46 | $315.59 | $718.87 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $495.66 | $142.49 | $353.17 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,159.80 | $353.88 | $805.92 |
| 7 | CAPITAL ONE NA<br>»» 007 | Unsecured Creditors | $603.01 | $178.77 | $424.24 |
| 8 | CAPITAL ONE NA<br>»» 008 | Unsecured Creditors | $514.87 | $147.98 | $366.89 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $493.71 | $141.97 | $351.74 |
| 10 | ASHLEY FUNDING SVCS LLC<br>»» 010 | Unsecured Creditors | $155.00 | $45.89 | $109.11 |
| 11 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 011 | Unsecured Creditors | $1,392.19 | $437.00 | $955.19 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $1,810.50 | $568.27 | $1,242.23 |
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $2,781.35 | $873.04 | $1,908.31 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $1,487.84 | $466.99 | $1,020.85 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $2,007.48 | $630.11 | $1,377.37 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»» 016 | Mortgage Arrears | $758.76 | $758.76 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,080.00 | Current Monthly Payment: | $170.00 |
| Paid to Claims: | $8,190.77 | Arrearages: | $0.00 |
| Paid to Trustee: | $795.55 | Total Plan Base: | $10,270.00 |
| Funds on Hand: | $93.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.