Certificate Number: 17082-PAE-DE-039259661

Bankruptcy Case Number: 20-11449



17082-PAE-DE-039259661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2025, at 6:27 o'clock PM MST, MICHAEL C HANDELONG completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 20, 2025             By:     /s/Orsolya K Lazar

                                     Name:   Orsolya K Lazar

                                     Title:  Executive Director