Certificate Number: 17082-PAE-DE-039259662

Bankruptcy Case Number: 20-11449



17082-PAE-DE-039259662

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2025, at 6:27 o'clock PM MST, JESSICA M HANDELONG completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 20, 2025         By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director