United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11449-pmm |
| Michael Christopher Handelong | Chapter 13 |
| Jessica Marie Handelong | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Christopher Handelong, Jessica Marie Handelong, 495 Broad Street, Pen Argyl, PA 18072-1901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

**Name**              **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Jessica Marie Handelong claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
    on behalf of Debtor Michael Christopher Handelong claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DANIEL P. JONES
    on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2025 | Form ID: 212 | Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN R. STARKS
    on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                          Chapter: 13

    Michael Christopher Handelong and Jessica Marie Handelong

Debtor(s)                                              Case No: 20−11449−pmm

___

*ORDER*

      AND NOW, April 18, 2025, it appearing that the debtor must file either a certificate regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the certificate regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall file

    ☐ A certificate regarding completion of an instructional course concerning personal financial management, or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                  For The Court

                                                                  Patricia M. Mayer

                                                                  Judge, United States Bankruptcy Court