United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11449-pmm
Michael Christopher Handelong  Chapter 13
Jessica Marie Handelong
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: May 14, 2025      Form ID: 138OBJ      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Christopher Handelong, Jessica Marie Handelong, 495 Broad Street, Pen Argyl, PA 18072-1901 |
| 14485986 | + | AmeriHome Mortgage Company, LLC, c/o Cenlar, PO Box 682, Pine Brook, NJ 07058-0682 |
| 14945190 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14479822 | + | Lehigh Valley Health Network, PO BOX 781733, Philadelphia, PA 19178-1733 |
| 14479825 | + | PA Dedicated Dermatology PC, PO BOX 826982, Philadelphia, PA 19182-6982 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 15 2025 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 15 2025 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14479807 | | Email/Text: ebn@americollect.com | May 15 2025 00:24:00 | Americollect, 1851 S Alverno Rd, Manitowoc, WI 54220 |
| 14479809 | | Email/Text: paymentprocessing@avanteusa.com | May 15 2025 00:22:00 | Avante USA, 3600 S Gessner Road, Ste 225, Houston, TX 77063 |
| 14486293 | ^ | MEBN | May 15 2025 00:17:26 | AmeriHome Mortgage Company, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14502829 | + | Email/Text: BKelectronicnotices@cenlar.com | May 15 2025 00:23:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, BK Department, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 14479808 | ^ | MEBN | May 15 2025 00:17:08 | Amerihome Mortgage Co, LLC, PO BOX 77404, Trenton, NJ 08628-6404 |
| 14496569 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14497597 | | Email/Text: bnc-thebureaus@quantum3group.com | May 15 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, PO BOX 788, Kirkland, WA 98083-0788 |
| 14493153 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 00:29:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14479810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 20-11449-pmm    Doc 50    Filed 05/16/25    Entered 05/17/25 00:37:13    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | May 15 2025 00:23:00 | Comenity Capital Bank/BOSC, PO Box 182120, Columbus, OH 43218-2120 |
| 14479811 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 15 2025 00:23:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 14479812 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 15 2025 00:24:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14479813 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:24:00 | Daniel Santucci, Esquire, 1 International Plaza, 5th floor, Philadelphia, PA 19113-1510 |
| 14479814 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:24:00 | Dept of Ed/Nelnet, PO BOX 82561, Lincoln, NE 68501-2561 |
| 14479815 | ^ | MEBN | May 15 2025 00:17:16 | Financial Recoveries, PO BOX 1388, Mount Laurel, NJ 08054-7388 |
| 14944331 | + | Email/Text: EBN@brockandscott.com | May 15 2025 00:23:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14632806 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 15 2025 00:23:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14944332 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 15 2025 00:23:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 14479818 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 15 2025 00:24:00 | Genesis FS Card Services/Kay Jewelers, PO BOX 23026, Columbus, GA 31902-3026 |
| 14479819 | | Email/Text: reports@halstedfinancial.com | May 15 2025 00:23:00 | Halsted Financial Services LLC, PO Box 828, Skokie, IL 60076 |
| 14479820 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:29:19 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14482239 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14479821 | + | Email/Text: bnc-capio@quantum3group.com | May 15 2025 00:24:00 | Law Offices of Mitchell Bluhm, 3400 Texoma Pky, Suite 100, Sherman, TX 75090-1916 |
| 14479823 | + | Email/Text: bnc-capio@quantum3group.com | May 15 2025 00:24:00 | MBA Law, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |
| 14498259 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14479824 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:24:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14479826 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:29:41 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14492758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:30:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14479827 | | Email/Text: signed.order@pfwattorneys.com | May 15 2025 00:23:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 14479831 | | Email/Text: signed.order@pfwattorneys.com | May 15 2025 00:23:00 | Second Round Sub, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 14490735 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:23:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14492427 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:23:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14479829 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:43 | Resurgent, PO BOX 1269, Greenville, SC 29602-1269 |
| 14479830 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:11 | Resurgent Capital Services, PO BOX 10466, Greenville, SC 29603-0466 |

| | | | | |
|---|---|---|---|---|
| 14479832 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:31:03 | SYNCB/Lowes, PO BOX 956005, Orlando, FL 32896-0001 |
| 14479833 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 15 2025 00:23:00 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14479834 | + | Email/Text: bankruptcydepartment@tsico.com | May 15 2025 00:24:00 | Transworld Systems Inc, PO BOX 15609, Wilmington, DE 19850-5609 |
| 14479835 | ^ | MEBN | May 15 2025 00:17:30 | Viking Client Services, 10050 Crosstown Circle, Suite 300, Eden Prairie, MN 55344-3344 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14493154 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14479828 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14479816 | ##+ | FMS, 1100 W. lake Cook Road, Suite 100, Buffalo Grove, IL 60089-2083 |
| 14479817 | ##+ | Frontline Asset Strategies/Cabelas, 2700 Snelling Ave, Saint Paul, MN 55113-1719 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Jessica Marie Handelong claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Michael Christopher Handelong claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DANIEL P. JONES | on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 14, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN R. STARKS
    on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)–doc 49 – 43

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Michael Christopher Handelong ) Case No. 20−11449−pmm
)
)
   Jessica Marie Handelong ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 14, 2025                                For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court